IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

JESSIE LEE HOWELL, )
)
      Petitioner, )
)
v. ) CIVIL ACTION NO. 98-B-2094-NE
)
INGE P. JOHNSON; RALPH HOOKS, )
WARDEN; and THE ATTORNEY )
GENERAL FOR THE STATE OF )
ALABAMA, )
)
      Respondents. )

## MEMORANDUM OF OPINION

The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accord with the recommendation, this petition for writ of habeas corpus is due to be dismissed with prejudice. An appropriate order will be entered.

**DONE**, this 20th day of February, 2001.

SHARON LOVELACE BLACKBURN
UNITED STATES DISTRICT JUDGE